**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      The State of Texas v. Keiarra Peterson

Appellate case number:   01-19-00137-CR

Trial court case number:  1529626

Trial court:                    177th District Court of Harris County

      Appellee Keiarra Peterson filed a motion for en banc reconsideration of the Court's August 25, 2020 opinion. The motion for en banc reconsideration is **denied**.

      It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Goodman, Kelly, Landau, Hightower, Countiss, and Adams.

Date:  December 29, 2020